PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: John D. Brown  Case Number: 2:07-00008

Name of Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: January 25, 2008

Original Offense(s): 18 U.S.C. § 922(g)(1), Felon in Possession of Firearm

Original Sentence: 57 months' custody and 2 years' supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: March 15, 2012

Assistant U.S. Attorney: To be determined  Defense Attorney: Ronald Small

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this __10__ day of __Aug__, 2012,
and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place  Cookeville

Date  August 7, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1. **The defendant shall not purchase, possess, use, distribute, or administer any controlled substance.**

    On July 19, 2012, Mr. Brown was given a random drug test. The urine sample he provided tested positive for Morphine. The probation officer spoke with Mr. Brown on July 30, 2012, concerning his positive drug test. He denied using any controlled substances, except for his prescribed medications. Mr. Brown reported he had no explanation as to why Morphine would be in his system.

    The probation officer spoke with Mr. Brown again, on August 7, 2012 . He denied using the Morphine, but he believes that the mother of his child may have put something in his Mountain Dew soda on July 16, 2012, when she spent the night. The child's maternal grandmother currently has custody and has been at odds with Mr. Brown who wants joint custody. Mr. Brown stated that she would do anything to keep him from getting custody of his daughter. Further, Mr. Brown contends that if he had used an illegal drug, he would be honest with the probation officer.

**Compliance with Supervision Conditions and Prior Interventions:**
John D. Brown is unemployed, receiving disability benefits, and lives in Jamestown, Tennessee. He began his term of supervised release on March 15, 2012, and he is due to terminate supervision on March 14, 2014.

Mr. Brown has participated in an assessment at Cumberland Mountain Mental Health Center in Crossville, Tennessee, and has been referred to outpatient substance abuse treatment and random drug testing.

Mr. Brown has been given a verbal reprimand and reminded to abide by all the conditions of his supervised release, and specifically to not purchase, use, or distribute any controlled substances. He understands that possession of an illegal drug is grounds for a mandatory revocation and any future illegal drug use may result in a request for a hearing before the Court and possible recommendation for revocation.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Brown continue on supervised release with increased drug testing and participate in outpatient substance abuse treatment at Cumberland Mountain Mental Health. Any additional violations will be promptly reported to the Court.

The U.S. Attorney's office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer